PERFORMANCE CONSTRUCTION, INC., Appellant,

v.

Donald C. WINTER, Secretary of the Navy, Appellee.

No. 2007–1062.

United States Court of Appeals, Federal Circuit.

May 29, 2007.

### ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Carlos E. CUELLAR, Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, Respondent.

No. 2007–3074.

United States Court of Appeals, Federal Circuit.

May 29, 2007.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.